UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMANDA BREY WALKER, § § Plaintiff § § vs. § § PLANT PROCESS FABRICATORS, LLC, § § Defendant. § | Civil Action No. 4:21-cv-00185-ALM |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Amanda Brey Walker and Defendant Plant Process Fabricators, LLC jointly file this stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1. Plaintiff has sued Defendant for alleged violations of Title VII. The parties have settled their dispute and, as a result of the settlement, Plaintiff moves to dismiss this suit. Defendant, who has answered, agrees to the dismissal.

2. This case is not a class action under Fed. R. Civ. P. 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

3. This case is not governed by any federal statute that requires a court order for dismissal of the case.

4. A receiver has not been appointed in this case.

5. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

6. This dismissal is with prejudice.

Respectfully submitted,

/s/_____
**Wade Forsman**
State Bar No. 07264257
P.O. Box 918
Sulphur Springs, Texas 75483
(903) 689-4144 Telephone
(903) 689-7001 Facsimile
wade@forsmanlaw.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Charles J. Crawford*
**Charles J. Crawford**
State Bar No. 05018900
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75070
(214) 544-4000 Telephone
(214) 544-4040 Facsimile
ccrawford@abernathy-law.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on March 2, 2022, a true and correct copy of Joint Stipulation of Dismissal was served on all counsel of record through the Court's ECF system.

/s/_____
Wade Forsman