UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMANDA BREY WALKER, § § § **Plaintiff** § § vs. § § PLANT PROCESS FABRICATORS, LLC, § § **Defendant.** § | Civil Action No. 4:21-cv-00185-ALM |

## ORDER

The Court has considered the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court GRANTS the dismissal and ORDERS that this case is DISMISSED WITH PREJUDICE.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 3rd day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE